UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ALFREDO HOLGUIN<br>TDCJ # 1809852,<br>    Petitioner, | §<br>§<br>§<br>§ | |
| V. | § | EP-17-CV-159-KC |
| | § | |
| LORIE DAVIS, Director, Texas<br>Department of Criminal Justice,<br>Institutions Division,<br>    Respondent. | §<br>§<br>§<br>§ | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order signed on this date, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Petitioner Alfredo Holguin's petition for a writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED** and his civil case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Petitioner Alfredo Holguin is **DENIED** a certificate of appealability.

**IT IS ALSO ORDERED** that all pending motions are **DENIED** as moot.

**IT IS FINALLY ORDERED** that the District Clerk shall **CLOSE** this case.

SIGNED this 15th day of March, 2018.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE